|   |   |   |
|---|---|---|
| 1 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Yvonne Derry,  ) No. CV-10-02211-PHX-ROS
            )
   Plaintiff,   ) **ORDER**
            )
vs.         )
            )
Bank of New York; BAC Home Loans )
Servicing, LP,  )
            )
   Defendants.  )
_____)

Pending before the Court are Plaintiff's Motion for Preliminary Injunction (Doc. 3) and Motion for Temporary Restraining Order (Doc. 4). To obtain such relief, Plaintiff "must establish that [she] is likely to succeed on the merits, that [she] is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [her] favor, and that an injunction is in the public interest." *Winter v. Natural Res. Def. Council*, 129 S. Ct. 365, 374 (2008). Plaintiff's motions consist mainly of a request that the Court order Defendants produce the "original note" showing their entitlement to the property at issue. There is not a substantial likelihood Plaintiff will succeed on this theory. *Diessner v. Mortgage Elec. Registrations Sys.*, 618 F. Supp. 2d 1184, 1187 (D. Ariz. 2009) ("[D]istrict courts have routinely held that Plaintiff's 'show me the note' argument lacks merit."). Plaintiff makes other claims, but there is not a substantial likelihood of success on those theories, either.

1       The Ninth Circuit recently held that in addition to this test, a "preliminary injunction
2 is appropriate when a plaintiff demonstrates . . . that serious questions going to the merits
3 were raised and the balance of hardships tips sharply in the plaintiff's favor." *Alliance for*
4 *Wild Rockies v. Cottrell*, 2010 WL 3665149, at *8 (Sept. 22, 2010) (quotation omitted).
5 Under either test, Plaintiff's claims must have some merit.  Plaintiff's claims do not.  Thus,
6 Plaintiff has not established her entitlement to a temporary restraining order or preliminary
7 injunction, and the requests will be denied.

8       Further, there is no indication Plaintiff provided notice to Defendants of her request
9 nor is there any indication why notice should not be required.  Federal Rule of Civil
10 Procedure 65 states a temporary restraining order may be granted without notice "only if .
11 . . specific facts in an affidavit or a verified complaint clearly show that the immediate
12 irreparable injury . . . will result to the movant before the adverse party can be heard in
13 opposition; and [the movant] certifies in writing any efforts made to give notice and the
14 reasons why it should not be required."  Plaintiff did not comply with the requirement
15 regarding notice.  Thus, for this additional reason, the request for a temporary restraining
16 order will be denied.

17       Accordingly,

18       **IT IS ORDERED** Plaintiff's Motion for Preliminary Injunction (Doc. 3) is **DENIED**.

19       **IT IS FURTHER ORDERED** Plaintiff's Motion for Temporary Restraining Order
20 (Doc. 4), is **DENIED**.

21       DATED this 19th day of October, 2010.

      _____
      Roslyn O. Silver
      United States District Judge