UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YVONNE DERRY,<br>    Plaintiff | NO: CIV'10221 1PHX ROS |
| vs | CERTIFICATE OF<br>[✓] SERVICE |
| BANK OF NEW YORK, BAC HOME LOANS SERVICING, LP<br>    Defendant | [ ] DUE DILIGENCE |

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 29 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

I, Casey Arnett, being fully qualified to serve process within the state of Arizona did receive the following documents.

**CIVIL COVER SHEET, SUMMONS AND ORIGINAL PETITION (COMPLAINT), PETITION FOR TEMPORARY RESTRAINING ORDER AND ORDER, AFFIDAVIT, MEMORANDUM IN SUPPORT OF RESTRAINING ORDER, PRELIMINARY INJUNCTION**

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below:

DATE SERVED: 10-21-10 .          TIME SERVED: 11:00 am.

DEFENDANT SERVED: **BANK OF NEW YORK C/O CT CORPORATION SYSTEMS**

[ ] Personal Service   Stephanie Standley

[ ] Substitute Service_____;

Name of Person if Different

Who was of suitable age and discretion and lives at the same

residence of the above defendant. (Rule 4.1D)

[ ] Return for Non Service/Unable to locate on_____,2009

[] Vacant, [] Moved NO Forwarding, [] Evading Service

LOCATION SERVED:   **2394 CAMELBACK RD #100**

**PHOENIX, AZ 85016**

Address if Different _____

DATED:_____.

_____
PROCESS SERVER SIGNATURE

Casey Arnett
PRINTED NAME OF SERVER

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.