___FILED      ___LODGED
___RECEIVED   ___COPY

NOV 0 2 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____P DEPUTY

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **YVONNE DERRY** | ) | **CIVIL ACTION:CIV'102211 PHXROX** |
| Plaintiff/Petitioner | ) | |
| | ) | |
| vs | ) | CERTIFICATE OF |
| | ) | [ ] SERVICE |
| **BAC HOME LOANS SERVICING,LP** | ) | )      [ ] DUE DILIGENCE |
| Defendant/Respondent, | ) | |
| | ) | |

I, _Casey Arnett_ ,being fully qualified to serve process within the state of Arizona did receive the following documents.

SUMMONS IN A CIVIL ACTION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below:

DATE SERVED: _10-21-10_ .

TIME SERVED: _11:15 Am_

DEFENDANT SERVED: **BAC HOME LOANS SERVICING,LP C/O CT CORPORATION SYSTEMS, 2394 CAMELBACK RD #100, PHOENIX AZ 85016     STEPHANIE STANDLEY**

[✓] Personal Service

[ ] Substitute Service_____;

Name of Person if Different

Who was of suitable age and discretion and lives at the same

residence of the above defendant. (Rule 4.1D)

[ ] Return for Non Service/Unable to locate on_____,2010

[] Vacant, [] Moved NO Forwarding, [] Evading Service

LOCATION SERVED:     2394 CAMELBACK RD   #100

PHOENIX AZ 85016

Address if Different     _____.

DATED:_____.

_____
PROCESS SERVER SIGNATURE

_Casey Arnett_
PRINTED NAME OF SERVER