BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Gregory B. Iannelli, #026549
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
gregory.iannelli@bryancave.com

Attorneys for Defendants BAC Home
Loans Servicing LP and
Bank of New York (CWMBS 2006-HYB1) GR2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YVONNE DERRY, | No. 2:10-cv-02211-PHX-ROS |
| Plaintiff, | |
| vs. | **ANSWER** |
| BANK OF NEW YORK; BAC HOME LOANS SERVICING LP, | (Hon. Roslyn O. Silver) |
| Defendants. | |

Defendants BAC Home Loans Servicing LP ("BACHLS") and Bank of New York (CWMBS 2006-HYB1) GR2 (improperly named as "Bank of New York") (collectively, "Defendants") answer Plaintiff's "Original Petition (Complaint)" ("Complaint") as follows. All allegations not specifically admitted are denied.

1. Defendants admit that this case concerns property located at 8058 North 110th Avenue, Peoria, Arizona 85345 ("Property").

2. Defendants admit that Plaintiff refinanced a loan secured by the Property ("Loan").

680505.1

Case 2:10-cv-02211-ROS   Document 10   Filed 11/19/10   Page 2 of 5

3. Defendants admit that the original principal balance of the Loan was $174,200. Defendants deny that the original interest rate was 7.065%.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations at pages 2–6 of the Complaint, or any other allegations regarding practices in the mortgage industry generally, and on that basis deny the same.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations at pages 6–7 of the Complaint, as those allegations are against "Defendants" generally or against unknown parties identified only as "Lender," "Investor," and "Agent," and on that basis deny the same. Defendants do not know to whom Plaintiff intends to refer.

6. Defendants deny that they have caused any damages to Plaintiff, as alleged at pages 7–8 of the Complaint.

7. The allegations at pages 8–9 of the Complaint under the heading "Defendants Lack Standing" state legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

8. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations at pages 8–13 of the Complaint, and on that basis deny the same. Defendants cannot discern against which parties (or non-parties) Plaintiff intends to make these allegations.

9. Defendants deny that they have engaged in any unfair business practices as alleged at page 14 of the Complaint.

10. The allegations at pages 14–15 of the Complaint under the heading "Equitable Tolling Under TILA and RESPA" state legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

680505.1                                    2

11. Defendants deny the allegations at pages 15–23 of the Complaint. To the extent the allegations at pages 15–23 of the Complaint are made against the mortgage industry generally, or against unspecified non-parties, Defendants lack knowledge or information sufficient to form a belief as to their truth, and on that basis deny the same.

12. Defendants deny all allegations of the Complaint not specifically admitted herein.

**AFFIRMATIVE DEFENSES**

The Complaint is barred, in whole or in part,

1. For failure to state any claim on which relief may be granted;
2. By the applicable statutes of limitation;
3. By Plaintiff's own inequitable conduct and breaches of contract;
4. By the doctrines of laches and estoppel;
5. By the doctrines of assumption of the risk and contributory negligence;
6. By payment to, and acceptance by, Plaintiff of all sums due under the loan documents;
7. For failure to tender all sums due under the loan;
8. By the statute of frauds; and
9. By the doctrine of res judicata.

**WHEREFORE**, Defendants request that the Court enter an order:

1. Dismissing the Complaint and action, with prejudice, and Plaintiff to take nothing thereby; and
2. Awarding Defendants such other and further relief as may be appropriate.

1     DATED this 19th day of November, 2010.

2                                         BRYAN CAVE LLP

By   /s/ Gregory B. Iannelli
       Robert W. Shely
       Gregory B. Iannelli
       Two North Central Avenue, Suite 2200
       Phoenix, AZ 85004-4406

Attorneys for Defendants BAC Home Loans Servicing LP and Bank of New York (CWMBS 2006-HYB1) GR2

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

680505.1                             4

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

By: s/ Gregory B. Iannelli