BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Gregory B. Iannelli, #026549
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
gregory.iannelli@bryancave.com

Attorneys for Defendants BAC Home
Loans Servicing LP and
Bank of New York (CWMBS 2006-HYB1) GR2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YVONNE DERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF NEW YORK; BAC HOME LOANS SERVICING LP,<br><br>    Defendants. | No. 2:10-cv-02211-PHX-ROS<br><br>**NOTICE TO CONFIRM MAILING OF MOTION FOR JUDGMENT ON THE PLEADINGS TO PLAINTIFFS**<br><br>(Hon. Roslyn O. Silver) |

Defendants BAC Home Loans Servicing LP ("BACHLS") and Bank of New York (CWMBS 2006-HYB1) GR2 (improperly named as "Bank of New York") ("BONY") hereby confirm to the court that their answer [Dkt. 10] and Motion for Judgment on the Pleadings [Dkt. 11] were mailed again to plaintiff at her address of 14835 E. Shea Blvd, #103-499, Fountain Hills, AZ 85268 on December 8, 2010.

681522.1

1     DATED this 9th day of December, 2010.

2                                      BRYAN CAVE LLP

By   /s/ Gregory B. Iannelli
       Robert W. Shely
       Gregory B. Iannelli
       Two North Central Avenue, Suite 2200
       Phoenix, AZ  85004-4406

Attorneys for Defendants BAC Home Loans Servicing LP and Bank of New York (CWMBS 2006-HYB1) GR2

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed to plaintiff Yvonne Derry, 14835 E. Shea Blvd, #103-499, Fountain Hills, AZ 85268.

By: s/ Amy Robinson

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

681522.1                                                3